TRAHWEN, LLC, Respondent, v MING 99 CENT CITY #7, INC., Doing Business as 99 CENT CITY, et al., Appellants.

Submitted August 5, 2013; decided September 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.